UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER WISEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOE, et al.,<br><br>        Defendant. | 1:17-cv-01166-JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff has not paid the $400.00 filing fee nor submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, the Court ORDERS:

Within 45 days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **September 2, 2017**                **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE