# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOE, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01166-AWI-JLT (PC)<br><br>**ORDER FOR PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION TO IDENTIFY DOE DEFENDANTS FOR SERVICE OF PROCESS**<br><br>**(Docs. 1, 10, 11)**<br><br>**21-DAY DEADLINE** |

　　　　Plaintiff has stated cognizable claims under the Eighth Amendment against two Doe Defendants (unidentified correctional officers) who ignored his plea for help when he was suicidal and instead sprayed him with pepper-spray. (Docs. 1, 10.) However, this action cannot advance without information upon which to identify the Doe Defendants for service of process. Plaintiff was given opportunity to submit all information that he possessed from which the identities of the Doe Defendants might be extrapolated. In response, Plaintiff submitted a number of documents, from his inmate appeal on the incident to his bed assignments. However, none of the documents submitted by Plaintiff provide *any* identifying information on the Doe Defendants.

　　　　Thus, Plaintiff is given opportunity to provide all additional information that he believes might assist in identifying and/or locating the Doe Defendants. If Plaintiff has any records reflecting the name(s) and/or signature(s) of either of the Doe Defendants he must submit them to assist service efforts. Plaintiff must also provide information such as the place, date, and time

1

that he encountered the Doe Defendants, what their normal shifts were (or when and where before or after the events alleged in this action Plaintiff has encountered them) and all identifying attributes that he can recall about them such as their gender, hair color, height, weight, race/ethnicity, and any other distinguishing features.

If Plaintiff feels the identities of the Doe Defendants can be extrapolated from the documents he already submitted, he should submit a statement identifying the information by specific location on a given page. Plaintiff is cautioned and encouraged to submit everything he has in response to this order. If the Doe Defendants cannot be identified, they cannot be served which will result in recommendation that this action be dismissed. Fed. R.Civ. P. 4(m).

Accordingly, the Court **ORDERS** that **within 21 days** from the date of this order, Plaintiff **SHALL** provide all information available to him to identify the Doe Defendants for service of process. **Plaintiff's failure to comply with the Court's order, or to provide identifying information on the Doe Defendants, will result in a recommendation that this action be dismissed**.

IT IS SO ORDERED.

   Dated: **April 12, 2018**                 **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE