# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,  )<br>   )<br>Plaintiff,   )<br>   )<br>v.   )<br>   )<br>J. GONZALEZ,   )<br>   )<br>Defendant.   )<br>   )<br>   ) | Case No.: 1:17-cv-01166-AWI-JLT<br><br>NOTICE AND ORDER THAT INMATE CHESTER RAY WISEMAN, CDC #K-65722, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The Settlement Conference in this matter concluded on January 25, 2019. Plaintiff inmate Chester Ray Wiseman, CDC #K-65722, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **January 25, 2019**         **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE