# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. GONZALEZ,<br><br>　　　　Defendant. | Case No.: 1:17-cv-01166-AWI-JLT　(PC)<br><br>ORDER TO THE PLAINTIFF AND DEFENSE COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDER |

On January 28, 2019, after the settlement conference failed to yield a compromise, the Court ordered the parties to notify it by February 8, 2019 whether they would accept the mediator's compromise that the Court issued at the same time (Doc. 43). Neither party responded. Thus, the Court **ORDERS**:

　　1.　**No later than February 22, 2019**, the plaintiff and defense counsel **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders. Alternatively, they may file a response to the mediator's proposal indicating either they will accept or reject that proposal.

IT IS SO ORDERED.

　　Dated:　**February 11, 2019**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE