# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>        Plaintiff,<br><br>        v.<br><br>J. GONZALEZ,<br><br>        Defendant. | Case No.: 1:17-cv-01166-AWI-JLT (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER REQUIRING RESPONSE TO MEDIATOR'S PROPOSAL BY MARCH 8, 2019 |

On January 28, 2019, after the settlement conference failed to yield a compromise, the Court ordered the parties to notify it by February 8, 2019 whether they would accept the mediator's proposal that the Court issued at the same time (Doc. 43). Neither party responded. The Court then ordered the parties to show cause why sanctions should not be imposed for their failure to respond. (Doc. 44) In the defendants' response, the Court realized that the parties did not receive the mediator's proposal. (Doc. 45) Thus, the Court provided the proposal to defense counsel by email on February 15, 2019, with a request that counsel provide a copy to the plaintiff through the litigation coordinator. Consequently, the Court **ORDERS**:

    1.    The order to show cause is **DISCHARGED**;

///
///
///

1

2. The parties **SHALL** respond to the mediator's proposal no later than March 8, 2019.

IT IS SO ORDERED.

Dated: **February 19, 2019**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE