# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>J. GONZALEZ,<br><br>    Defendant. | Case No.: 1:17-cv-01166-AWI-JLT (PC)<br><br>ORDER ADVISING PLAINTIFF HE MUST ACCEPT OR REJECT THE MEDIATOR'S PROPOSAL BY 3/8/19 |

On January 28, 2019, the Court issued a mediator's proposal (Doc. 43). The plaintiff has responded but has added terms to the proposal. The plaintiff is advised that he must accept or reject the proposal as it is written; he cannot change the terms. If he has a different settlement offer he'd like to make, he may make it directly to the defense.

He is advised further that the Court lacks the authority to amend his restitution obligations and, likewise, cannot waive any fees or costs he owes to the Court or anyone else. Thus, the Court **ORDERS**:

1.  **No later than March 8, 2019**, the plaintiff **SHALL** respond to the mediator's proposal as it is written, with either an unconditional acceptance or rejection.

IT IS SO ORDERED.

Dated:   **February 25, 2019**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE