UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>      Plaintiff,<br><br>   v.<br><br>J. GONZALEZ,<br><br>      Defendant. | Case No.: 1:17-cv-01166-AWI-JLT (PC)<br><br>ORDER AFTER NOTICE OF ALL PARTIES ACCEPTANCE OF MEDIATOR'S PROPOSAL |
| CHESTER RAY WISEMAN,<br><br>      Plaintiff,<br><br>   v.<br><br>MARTIN BITER,<br><br>      Defendant. | Case No.: 1:14-cv-00831-DAD-SAB (PC) |
| CHESTER RAY WISEMAN,<br><br>      Plaintiff,<br><br>   v.<br><br>MARTIN BITER,<br><br>      Defendant. | Case No.: 1:18-cv-00126-LJO-SAB (PC) |

On January 28, 2019, after the settlement conference failed to yield a compromise, the Court issued a mediator's proposal (Doc. 43). The parties have all indicated they will accept the mediator's proposal without qualification. This constitutes settlement of cases <u>Wiseman v. Gonzalez</u>, Case No.: 1:17-cv-01166 AWI JLT, <u>Wiseman v. Biter</u>, Case No.: 1:14-cv-00831 DAD SAB (including both the trial level matter and the appeal) (<u>Biter I</u>) and <u>Wiseman v. Biter</u>, Case No.: 1:18-cv-00126 LJO SAB (<u>Biter II</u>). Consequently, the Court **ORDERS**:

1. Defense counsel **SHALL** provide the settlement documents the plaintiff no later than **March 15, 2019**;
2. The stipulation to dismiss the action **SHALL** be filed **<u>no later than May 3, 2019</u>**;
3. All pending dates, conferences and hearings are **VACATED**.

**<u>The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

Dated: **March 12, 2019**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE